IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:21CR00394-003D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | WRIT OF CONTINUING |
| HASHEM FARAJ HATU, ) | GARNISHMENT |
| ) | |
| Defendant, ) | **(EX PARTE AND UNDER SEAL)** |
| ) | |
| v. ) | |
| ) | |
| TRADESTATION GROUP, INC., ) | |
| ) | |
| Garnishee. ) | |

TO: TradeStation Group, Inc.
Attn: Legal Department
8050 SW 10th Street, Ste. 2000
Plantation, FL 33324

An Ex Parte Application for a Writ of Continuing Garnishment has been filed with the Court in this matter. A judgment was entered against the defendant in the Eastern District of North Carolina in the amount of $64,190.00. A balance of $64,713.84 remains outstanding. The last known address of the defendant is Rocky Mount, NC and the last four digits of the defendant's social security number are 7354. The United States of America is represented by Assistant United States Attorney Benjamin J. Higgins at 150 Fayetteville Street, Suite 2100, Raleigh, North Carolina 27601.

**YOU ARE REQUIRED BY LAW to begin withholding any property in which the defendant has a substantial nonexempt interest or for which you may become indebted to the defendant as of the date you were served with this Writ. As a result, you should withhold 25% of the defendant's earnings which remain after all deductions required by law have been withheld and/or 100% of any other monies owed to the defendant. This includes, but is not limited to, any and all accounts on which defendant is a primary party or has signature authority and contains a positive cash value, not to exceed the outstanding balance of the debt.**

**YOU ARE ALSO REQUIRED BY LAW to answer in writing, under oath, within ten (10) days from the date you were served with this Writ, whether or not you have in your custody, control, or possession any property owned by the defendant, including non-exempt, disposable earnings.**

An original completed "Answer of Garnishee" must be filed with the United States District Court Clerk within ten (10) days of the date you were served with this Writ, and a copy must be provided to the United States Attorney and the defendant. See "Instructions to Garnishee" for mailing instructions.

Pursuant to 15 U.S.C. § 1674, you, the Garnishee, are prohibited from discharging the defendant from employment by reason of the fact that his/her earnings have been subject to garnishment.

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States may petition the Court for an Order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the defendant's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this Writ.

Dated: 2-21-2024

PETER A. MOORE, JR.
Clerk, United States District Court