IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21CR00394-003D

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HASHEM FARAJ HATU, )<br>) ANSWER OF THE GARNISHEE<br>Defendant, )<br>)<br>v. )<br>)<br>EDWARD JONES, )<br>)<br>Garnishee. ) | |

I, __Joanna Varrone, Paralegal__, BEING FIRST DULY SWORN, DEPOSE AND SAY:

**IF GARNISHEE IS AN INDIVIDUAL:**

That I am the Garnishee / herein doing business in the name of:

_____    _____
Individual name                     Business name

**IF GARNISHEE IS A PARTNERSHIP:**

That I am the __Paralegal__ (Position Title) employed by Edward D. Jones & Co., L.P., a limited partnership. ~~of a partnership of which the named Garnishee is a partner.~~

**IF GARNISHEE IS A CORPORATION:**

That I am the _____ of _____
                    Position Title                       Company Name

State of Incorporation _____

On __March 4, 2024__, the above-named Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on this date of service:

1. Defendant is in my / our employ:  Yes ☐  No [X]   Defendant has never been an employee of Edward Jones.

2. Pay period:  Weekly ☐  Bi-weekly ☐  Semi-monthly ☐  Monthly ☐

3. Date current pay period began: _____ ends: _____
   (Pay period this Writ of Garnishment was served)

4. Wages: (Based upon previous payroll immediately preceding garnishment)

   Gross Pay: $_____
   Federal Income Tax $_____
   F.I.C.A. Income Tax $_____
   State Income Tax $_____
   Total Tax Withholdings $_____
   *Statutorily Required Withholdings $_____
   Net Wages $_____

   *Description of Statutorily Required Withholdings:
   _____

5. Have there been previous garnishments in effect?    Yes ☐  No [X]
   If yes, please describe: _____
   _____
   _____

6. The Garnishee has custody, control, or possession of the following property (non-earnings), in which the Defendant maintains an interest, as described below (next page) (if additional space is needed please provide on separate attachment): Following a reasonable search, Garnishee Edward D. Jones & Co., L.P. hereby states that it found no open account(s) for Debtor Hashem Faraj Hatu.

**Financial Accounts**

| Account Number (last 4) | Value | Description of Defendant's Interest |
|---|---|---|
| NA | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Other Property**

| Description of Property | Approximate Value | Description of Defendant's Interest |
|---|---|---|
| NA | | |
| | | |
| | | |
| | | |
| | | |

7. Garnishee anticipates owing to the Defendant in the future, the following amounts (if additional space is needed please provide on separate attachment):

| Amount | Estimated Date or Period |
|---|---|
| NA | |
| | |
| | |
| | |
| | |

**Check the applicable Box below ONLY if you deny that you hold property subject to this order of garnishment.**

☐ The Garnishee makes the following claim of exemption on the part of Defendant: _____.

_____
_____
_____

☐ The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to defendant upon Plaintiff's claim:

_____
_____
_____

☐ The Garnishee is in no manner and upon no account indebted or under liability to the defendant, and the Garnishee did not have in his/her possession or control any property belonging to the defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

Garnishee acknowledges the Original Answer must be mailed to:

Clerk, United States District Court
P. O. Box 25670
Raleigh, North Carolina 27611

**and a copy of this Answer to:**

United States Attorney's Office
ATTN: Financial Litigation Unit
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601

**and a copy of this Answer was given to the Defendant at:**

| Hashem Faraj Hatu | Hashem Faraj Hatu |
|---|---|
| 3317 Greystone Dr. | 1612 Knolls Dr |
| Rocky Mount, NC 27804 | Wake Forest NC 27587-5701 |

_____
Garnishee

STATE OF MISSOURI     )
                      ) ss
COUNTY OF ST. LOUIS   )

On this <u>6th</u> day of March, 2024, before me, the undersigned notary, personally appeared by remote online means Joanna Varrone, personally known to me to be the person who signed the preceding or attached document in my presence and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of her knowledge and belief.

NAWAL ODEBANKE
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES SEPTEMBER 25, 2027
ST. LOUIS COUNTY
COMMISSION #19447485

_____
Notary Public