# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

NO. 5:21CR00394-003D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HASHEM FARAJ HATU, ) | |
| ) | ANSWER OF THE GARNISHEE |
| Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| WELLS FARGO BANK, N.A., ) | |
| ) | |
| Garnishee. ) | |

I, __BRADDOCK CHEW__, BEING FIRST DULY SWORN, DEPOSE AND SAY:

**IF GARNISHEE IS AN INDIVIDUAL:**

That I am the Garnishee / herein doing business in the name of:

_____     _____
Individual name                     Business name

**IF GARNISHEE IS A PARTNERSHIP:**

That I am the _____ (Position Title)

of a partnership of which the named Garnishee is a partner.

**IF GARNISHEE IS A CORPORATION:**

That I am the __AGENT__ of __WELLS FARGO BANK__
                Position Title         Company Name

State of Incorporation _____

On  02/29/2024 , the above-named Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on this date of service:

1. Defendant is in my / our employ: Yes ☐  No ☒

2. Pay period: Weekly ☐  Bi-weekly ☐  Semi-monthly ☐  Monthly ☐

3. Date current pay period began: _____ ends: _____
   (Pay period this Writ of Garnishment was served)

4. Wages: (Based upon previous payroll immediately preceding garnishment)

   Gross Pay: $_____
   Federal Income Tax $_____
   F.I.C.A. Income Tax $_____
   State Income Tax $_____
   Total Tax Withholdings $_____
   *Statutorily Required Withholdings $_____
   Net Wages $_____

   *Description of Statutorily Required Withholdings:
   _____

5. Have there been previous garnishments in effect?  Yes ☐  No ☒
   If yes, please describe: _____
   _____
   _____
   _____

6. The Garnishee has custody, control, or possession of the following property (non-earnings), in which the Defendant maintains an interest, as described below (next page) (if additional space is needed please provide on separate attachment):

## Financial Accounts

| Account Number (last 4) | Value | Description of Defendant's Interest |
|---|---|---|
| CHECKING 7738 | $6,242.09 | JOINT OWNER |
| CHECKING 8495 | $147.57 | SOLE OWNER |
| COMMAND 6575 | $0.00 | SOLE OWNER |
| COMMAND 0559 | $0.00 | SOLE OWNER |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## Other Property

| Description of Property | Approximate Value | Description of Defendant's Interest |
|---|---|---|
| SAFE DEPOSIT BOX | N/A | JOINT OWNER |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Garnishee acknowledges the Original Answer must be mailed to:

Clerk, United States District Court
P. O. Box 25670
Raleigh, North Carolina 27611

and a copy of this Answer to:

United States Attorney's Office
ATTN: Financial Litigation Unit
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601

and a copy of this Answer was given to the Defendant at:

HASHEM FARAJ HATU
3317 GREYSTONE DR.
ROCKY MOUNT, NC 27804

Garnishee BRADDOCK CHOW  03/04/24

Subscribed and sworn to before me this

04 day of March, 2024.

Notary Public

My Commission Expires: _____



Shawna McFarland
Notary Public
Maricopa County, Arizona
My Comm. Expires 10-07-26
Commission No. 635585