IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21CR00394-003D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HASHEM FARAJ HATU, | ) | MOTION TO UNSEAL |
| | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD JONES, | ) | |
| | ) | |
| Garnishee. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby moves to unseal the government's Application for Writ of Garnishment [D.E. #1467], and the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [D.E. #1494, 1494-1]. In support of this motion, the United States shows unto the Court that the basis for sealing the documents is no longer necessary as service has been made on the Garnishee and the Defendant.

Respectfully submitted this 13th day of March, 2024.

        MICHAEL F. EASLEY, JR.
        United States Attorney

        */s/ Benjamin J. Higgins*
        BENJAMIN J. HIGGINS
        Assistant United States Attorney
        150 Fayetteville Street, Suite 2100
        Raleigh, North Carolina 27601
        Telephone: (919) 856-4312
        Email: benjamin.higgins2@usdoj.gov
        Massachusetts Bar # 690969
        *Attorney for the United States*

CERTIFICATE OF SERVICE

I do hereby certify that I have this 13th day of March, 2024, served a copy of the foregoing, upon the below-listed parties either electronically or by placing a copy in the U. S. Mail, addressed as follows:

Hashem Faraj Hatu c/o Jonathan W. Trapp
Trapp Law, PLLC
8601 Six Forks Road
Unit 400
Raleigh, NC 27615

    MICHAEL F. EASLEY, JR.
    United States Attorney

    */s/ Benjamin J. Higgins*
    BENJAMIN J. HIGGINS
    Assistant United States Attorney
    150 Fayetteville Street, Suite 2100
    Raleigh, North Carolina 27601
    Telephone: (919) 856-4312
    Email: benjamin.higgins2@usdoj.gov
    Massachusetts Bar # 690969
    *Attorney for the United States*